1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Dennis Desper

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS DESPER,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA SAVINGS BANK,<br><br>    Defendant. | Case No.: 2:18-cv-00657-JAM-GGH<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Dennis Desper and defendant USAA Savings Bank ("USAA SB"), that Plaintiff hereby dismisses the above-entitled action and all claims asserted in the action against USAA SB with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED: November 29, 2018	**SAGARIA LAW, P.C.**

By: _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Dennis Desper

DATED: November 29, 2018	**BENESCH, FRIEDLANDER, COPLAN & ARNOFF LLP**

By: _/s/ David M. Krueger_
David M. Krueger
Attorneys for Defendant
USAA Savings Bank