IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DENNIS DESPER**                              CASE: **2:18−CV−00657−JAM−AC**

              vs.

**USAA SAVINGS BANK**                        **ORDER OF REASSIGNMENT**

                                       /

       The court, having considered the retirement of **Magistrate Judge Gregory G. Hollows ,** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

       IT IS THEREFORE ORDERED that:

       The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Gregory G. Hollows** to **Magistrate Judge Allison Claire** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **2:18−CV−00657−JAM−AC**

       All dates currently set in this reassigned action shall remain pending subject to further order of the court.

       DATED:   December 14, 2018

                                                      **LAWRENCE J. O'NEILL**, CHIEF
                                                      U.S. DISTRICT COURT JUDGE