Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorneys for Plaintiff
DENNIS DESPER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS DESPER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK<br><br>　　　　Defendant. | Case No.: 2:18-cv-00657-JAM-AC<br><br>**ORDER** |

### **ORDER**

Pursuant to the stipulation of the Parties, USAA Savings Bank is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 14, 2022　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE